## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE SCICCHITANO, | : | Civ. No.  4:15-CV-00852 |
| PAMELA BOLLINGER, ROBERT | : | |
| MCANDREW, DAVID | : | |
| YAKOBOSKI, BARRY | : | |
| SCHWEITZER, JAMES BRESSI, | : | |
| and ALBERT BENEDICT | : | |
| | : | (Judge Brann) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF | : | |
| NORTHUMBERLAND, VINNY | : | |
| CLAUSI, and STEPHEN BRIDY, | : | |
| | : | |
| Defendants. | : | |

## ORDER
June 26, 2015

AND NOW, in accordance with the memorandum of this same date, it is

hereby ORDERED that:

1.   Plaintiffs' Motion for a Preliminary Injunction (ECF No. 5) is

GRANTED.

2.   The commissioners' vote to eliminate the Weatherization Department

is hereby revoked.

3.   Defendants are prohibited from eliminating the department on the

basis of Plaintiffs' union activity.

4.      Defendants are directed to apply in good faith for the state funding to

operate the Weatherization program.


BY THE COURT:



/s Matthew W. Brann
Matthew W. Brann
United States District Judge