IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE SCICCHITANO, PAMELA BOLLINGER, ROBERT MCANDREW, DAVID YAKOBOSKI, BARRY SCHWEITZER, JAMES BRESSI, and ALBERT BENEDICT | : : : : : : : : : : : : : : : : : : : | Civ. No. 4:15-CV-00852 (Judge Brann) |
| Plaintiffs, | | |
| v. | | |
| COUNTY OF NORTHUMBERLAND, VINNY CLAUSI, and STEPHEN BRIDY, | | |
| Defendants. | | |

**ORDER**

September 17, 2015

AND NOW, in accordance with the memorandum of this same date, IT IS HEREBY ORDERED THAT Defendants' Motion to Dismiss (ECF No. 36) Plaintiff's Amended Complaint is DENIED.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge