IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE SCICCHITANO, PAMELA BOLLINGER, ROBERT MCANDREW, DAVID YAKOBOSKI, BARRY SCHWEITZER, JAMES BRESSI, and ALBERT BENEDICT | : : : : : : : : : : : : : : : : : : : | Civ. No. 4:15-CV-00852 (Judge Brann) |
| Plaintiffs, | | |
| v. | | |
| COUNTY OF NORTHUMBERLAND, VINNY CLAUSI, and STEPHEN BRIDY, | | |
| Defendants. | | |

**ORDER**
November 25, 2015

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion for Reconsideration (ECF No. 60) is DENIED.

2. This Court's Order dated November 4, 2015 (ECF No. 58) is vacated and replaced by this Order.

3. Defendants' Motion to Stay (ECF No. 57) is GRANTED and all discovery in this matter is stayed until February 22, 2016, on or before

which date the parties shall report to the Court, by letter filed through the ECF system, as to the status of this case.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge